**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-2637-WYD-PAC

CHARLES "CHUCK" SCHIAFFO,

                                    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

Dated:  July 12, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge